IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:12-CV-1488 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **AVERY SOLLENBERGER,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER AND JUDGMENT

AND NOW, this 15th day of December, 2015, upon consideration of the motion (Doc. 59) for summary judgment filed by the United States, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 59) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of the United States and against defendants, with monetary judgment entered in the following amounts, plus any penalties, interest, and statutory additions accruing after July 1, 2015:

    a) Avery and Dena Sollenberger: **$1,247,169.50**;

    b) Gary Sollenberger: **$1,724,296.76**;

    c) Wendell Sollenberger: **$1,749,010.95**;

    d) Design Concepts Company: **$1,220,456.15**.

3. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania