# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 1:12-CV-1488 |
| Plaintiff : | |
| v. : | (Chief Judge Conner) |
| : | |
| **AVERY SOLLENBERGER**, *et al.*, : | |
| Defendants : | |

## ORDER

Upon consideration of the United States' Motion (Doc. 117) for Confirmation of Sale and Distribution of Proceeds, the Court having previously ordered the sale of the property (Doc. 93), and good cause having been found, this Court grants plaintiff's request for an order confirming the sale of the real property located at 95 North Allwood Drive, Hanover, Pennsylvania, and directing the distribution of the proceeds of that sale. Therefore, pursuant to 28 U.S.C. § 2001(b), the Court orders that:

1. The sale of real property located at 95 North Allwood Drive, Hanover, Pennsylvania, for the amount of $85,000 is confirmed.

2. The United States convey by deed the real property at issue to Adam Michael Massicot.

3. The Clerk of Court distribute the funds deposited into its registry in this action as follows:

a. $1,793.21 made payable to the United States Treasury, c/o John M. Kenney, IRS P.A.L.S., 191 Main Street, Poughkeepsie, NY 12601, to cover the costs of the sale.

b. The remaining $83,206.79 made payable to the United States Treasury, c/o Beatriz T. Saiz, P.O. Box 227, Washington, D.C. 20044, in partial satisfaction of the judgment entered in this case against defendants Avery and Dena Sollenberger, Gary Sollenberger, Wendell Sollenberger, and Design Concepts Company.

SO ORDERED, ADJUDGED, AND DECREED.

DATE: 1/31/18

Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania