IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED HARRISBURG, PA APR 04 2018 PETER WELSH Per ___ CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-01488-CCC |
| ) | |
| AVERY SOLLENBERGER, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER CONFIRMING SALE OF REAL PROPERTY AND DIRECTING DISTRIBUTION OF PROCEEDS

Upon consideration of the United States' Motion for Confirmation of Sale and Distribution of Proceeds, the Court having previously ordered the sale of the property (Dkt. No. 93), and good cause having been found, this Court grants plaintiff's request for an order confirming the sale of the real property located at 35 Villa Vista, Hanover, Pennsylvania and directing the distribution of the proceeds of that sale.

Therefore, pursuant to 28 U.S.C. § 2001(b), the Court orders that

1. The sale of real property located at 35 Villa Vista, Hanover, Pennsylvania, to Kin Fan Lam, for the amount of $225,000 is confirmed.

2. The United States convey by deed the property at issue to Kin Fan Lam and Xiao Lin Lam.

3. The Clerk of Court distribute the funds deposited into its registry in this action as follows:

1

a. $1,438.20 made payable to the United States Treasury, c/o John M. Kenney, IRS P.A.L.S., 191 Main Street, Poughkeepsie, NY 12601, to cover the costs of the sale.

b. $4,830.71 made payable to Deborah A. Becker, Tax Collector, 1025 Race Track Rd., Abbottstown, PA 17301, to pay the school taxes associated with the Real Property.

c. The remaining $218,731.09 made payable to the United States Treasury, c/o Beatriz T. Saiz, P.O. Box 227, Washington, D.C. 20044, in partial satisfaction of the judgment entered in this case against defendants Avery and Dena Sollenberger, Gary Sollenberger, Wendell Sollenberger, and Design Concepts Company.

SO ORDERED, ADJUDGED, AND DECREED.

Signed this 3rd day of April, 2018

_____
UNITED STATES DISTRICT JUDGE