# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:12-CV-1488** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **AVERY SOLLENBERGER**, *et al.*, | : | |
| **Defendants** | : | |

FILED
HARRISBURG, PA
MAY 1 5 2018
PETER WELSH, CLERK
Per _____

## ORDER

AND NOW, this 15th day of May, 2018, upon review of the case history report in the criminal case at <u>United States v. Sollenberger</u>, No. 1:07-CR-205 (M.D. Pa.), provided by the Clerk of Court to the undersigned, which report reflects that the defendant therein and *sub judice*, Avery Sollenberger, overpaid restitution in the criminal case in the amount of $274,030.18, and it appearing from the court's review of the case history reports in the criminal matter and in this case that the seeming overpayment is the result of a clerical error by which funds intended to be deposited in this civil case were inadvertently deposited in the criminal case, and further upon consideration of the motion (Doc. 127) by the United States of America seeking to transfer the funds totaling $274,030.18 from the criminal case to the civil case for appropriate distribution, it is hereby ORDERED that:

1. The United States' motion (Doc. 127) is GRANTED.

2. The Clerk of Court shall transfer funds totaling $274,030.18 from the criminal case at <u>United States v. Sollenberger</u>, No. 1:07-CR-205 (M.D. Pa.), to the above-captioned action.

3. The Clerk of Court shall further docket this order in the criminal case at <u>United States v. Sollenberger</u>, No. 1:07-CR-205 (M.D. Pa.).

/s/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania