# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 1:12-CV-1488 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| AVERY SOLLENBERGER, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 15th day of May, 2018, upon consideration of the United States' motion (Doc. 127) for confirmation of sale and distribution of proceeds, the court having previously ordered the sale of the property, (Doc. 93), and good cause having been found, it is hereby ORDERED, pursuant to 28 U.S.C. § 2001(b), that:

1. The sale of real property located at 15 Villa Vista, Hanover, Pennsylvania, to Thomas Danner, for the amount of $224,000, is confirmed.

2. The United States shall convey by deed the property located at 15 Villa Vista, Hanover, Pennsylvania, to Thomas Danner.

3. The Clerk of Court shall distribute the funds deposited into its registry in this action as follows:

    a. $2,610 made payable to the United States Treasury, c/o John M. Kenney, IRS P.A.L.S., 191 Main Street, Poughkeepsie, New York 12601, to cover the costs of the sale.

    b. $74.18 made payable to Columbia Gas of Pennsylvania, 1600 Colony Road, York, Pennsylvania 17401 to pay utilities associated with the property located at 15 Villa Vista, Hanover, Pennsylvania.

c.  The remaining $221,315.42 made payable to the United States Treasury, c/o Beatriz T. Saiz, P.O. Box 227, Washington, D.C. 20044, in partial satisfaction of the judgment entered in this case against defendants Avery and Dena Sollenberger, Gary Sollenberger, Wendell Sollenberger, and Design Concepts Company.

4.  The sale of real property located at Ram Drive Lot 16, Hanover, Pennsylvania (Parcel #08K-0154G-00), to Joseph Myers, for the amount of $185,000, is confirmed.

5.  The United States shall convey by deed the property located at Ram Drive Lot 16, Hanover, Pennsylvania (Parcel #08K-0154G-00), to Joseph Myers.

6.  The Clerk of Court shall distribute the funds deposited into its registry in this action as follows:

    a.  $2,808.88 made payable to the United States Treasury, c/o John M. Kenney, IRS P.A.L.S., 191 Main Street, Poughkeepsie, New York 12601, to cover the costs of the sale.

    b.  The remaining $182,191.12 made payable to the United States Treasury, c/o Beatriz T. Saiz, P.O. Box 227, Washington, D.C. 20044, in partial satisfaction of the judgment entered in this case against defendants Avery and Dena Sollenberger, Gary Sollenberger, Wendell Sollenberger, and Design Concepts Company.

7.  The sale of real property located at 786 Richland Road, Dysart, Pennsylvania, to Shawn Ratchford Jr., for the amount of $70,000, is confirmed.

8.  The United States shall convey by deed the property located at 786 Richland Road, Dysart, Pennsylvania, to Shawn Ratchford Jr.

9.  The Clerk of Court shall distribute the funds deposited into its registry in this action as follows:

    a.  $8,203.79 made payable to the United States Treasury, c/o John M. Kenney, IRS P.A.L.S., 191 Main Street, Poughkeepsie, New York 12601, to cover the costs of the sale.

b.  The remaining $61,796.21 made payable to the United States Treasury, c/o Beatriz T. Saiz, P.O. Box 227, Washington, D.C. 20044, in partial satisfaction of the judgment entered in this case against defendants Avery and Dena Sollenberger, Gary Sollenberger, Wendell Sollenberger, and Design Concepts Company.

/s/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania